UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARMEEN AKHTAR,

                        **Plaintiff,**                                  **19-CV-03763 (LTS)(VF)**

        -against-                                        **ORDER**

SAUDIA d/b/a
SAUDI ARABIAN AIRLINES, CORP.,

                        **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **Friday, June 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
               June 3, 2022

                                                                       _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge