**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**ARMEEN AKHTAR,**

                      **Plaintiff,**                **19-CV-03763 (LTS)(VF)**

           **-against-**                             **ORDER**

**SAUDIA d/b/a**
**SAUDI ARABIAN AIRLINES, CORP.,**

                      **Defendant.**
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    As discussed during the discovery conference held on November 13, 2024, fact discovery is hereby extended to **Friday, February 28, 2025**. The parties are directed to submit a joint status update regarding the progress of discovery by **Friday, January 10, 2025**.

        **SO ORDERED.**

DATED:    New York, New York
               November 13, 2024

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge